# United States District Court

## Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**HAL P. EASTMAN** | **JUDGMENT IN A CRIMINAL CASE**<br>(For Offenses Committed On or After November 1, 1987)<br>Case Number: **5:05-mj-00040 TAG**<br><br>Pro Se<br>Defendant's Attorney |

**THE DEFENDANT:**

[ ]   pleaded guilty to count(s): One of the Information .
[ ]   pleaded nolo contendere to counts(s) ___ which was accepted by the court.
[✔]   was found guilty on count(s) 1 through 5 after a plea of not guilty.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 36 CFR 261.10b | Occupying National Forest for residential purposes (CLASS B MISDEMEANOR) | 9/27/2006 | 1 - VN # F3834247 |
| 36 CFR 261.10a | Constructing, maintaining structure (CLASS B MISDEMEANOR) | 9/27/2006 | 2 - VN # F3834251 |
| 36 CFR 261.9a | Damaging any natural feature or other property of U.S. (CLASS B MISDEMEANOR) | 9/27/2006 | 3 - VN# F3834252 |
| 36 CFR 261.10a | Constructing, placing or maintaining any kind of structure or other improvement without a permit. (CLASS B MISDEMEANOR) | 07/10/2006 | 4 - VN # F3834356 |
| 36 CFR 261.10b | Taking possession of, occupying or otherwise using National Forest System lands for residential purposes without a permit (CLASS B MISDEMEANOR) | 07/10/2006 | 5 - VN # F3834357 |

The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[✔]   Appeal rights given.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

11/16/2007
Date of Imposition of Judgment

*(signature)*
Signature of Judicial Officer

THERESA A. GOLDNER, United States Magistrate Judge
Name & Title of Judicial Officer

11/21/2007
Date

# PROBATION

The defendant is hereby placed on **LIMITED SUPERVISED PROBATION** for a period of 24 months. While on probation, you shall not commit another federal, state, or local crime and shall not illegally possess a firearm as defined in 18 USC § 921 and shall not illegally possess controlled substances. The defendant shall comply with the **standard five conditions** adopted by the Court:

1) The defendant shall not commit another federal, state, or local crime, and not illegally possess a controlled substance. Revocation of probation is mandatory for illegal possession of a controlled substance.

2) The defendant shall report, forthwith, to the probation officer and thereafter as directed.

3) The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

4) The defendant shall notify the probation officer within 72 hours of any change in residence or employment, and of any arrest, citation, or contact with law enforcement officers.

5) The defendant shall make payments on all financial obligations imposed by this judgment in installments as directed by the probation officer.

The mandatory drug testing condition is suspended based on the Court's determination that the defendant poses a low risk of future substance abuse.

The defendant shall also comply with the following special condition:

1) The defendant shall complete 300 hours of unpaid community service as directed by the probation officer. The defendant shall pay fees attendant to participation and placement in this program on a sliding scale as determined by the program. Community service shall be completed by December 1, 2008.